UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

ALONZO BULLMAN, an individual,                    Case No.: 2:16-cv-12581
JOEL CASTRO, and individual, and                  Hon. Arthur J. Tarnow
NICOLE MOTYKA, an individual,
        Plaintiffs,

- vs -

CITY OF DETROIT, a Municipal Corporation,
MATTHEW BRAY, an individual,
IAN SEVERY, an individual,
CHERYL MUHAMMAD, an individual,
SAMUEL GALLOWAY, an individual,
NICO HURD, an individual,
JOHNNY FOX, an individual,
ALANNA MITCHELL, an individual, and
JOHN DOE, an individual,
        Jointly and Severally,
        Defendants.
                                                                        /

*EXCOLO LAW, PLLC*                        CITY OF DETROIT LAW DEPARTMENT
Solomon M. Radner (P73653)                Gregory B. Paddison (P75963)
Attorney for Plaintiff                    Attorney for Defendant
26700 Lahser Rd., Ste. 48033              Coleman A. Young Municipal Center
Southfield, MI 48033                      2 Woodward Ave., Ste. 500
(248) 291-9712                            Detroit, MI 48226
sradner@excololaw.com                     (313) 237-0435
                                          paddisong@detroitmi.gov
                                                                        /

## DEFENDANT'S RENEWED MOTION TO DISMISS IN LIEU OF AN ANSWER

NOW COMES, Defendant, CITY OF DETROIT, by and through its attorney, Gregory B.

Paddison, and for Defendant's Renewed Motion to Dismiss in Lieu of an Answer, relies upon the

statements of fact and law, as set forth in the accompanying Brief.

WHEREFORE, Defendant, CITY OF DETROIT, respectfully requests that this Honorable Court

grant Defendant's Renewed Motion to Dismiss in Lieu of an Answer and further grant any other

relief deemed just and appropriate.

Respectfully Submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: August 3, 2016                    /s/    Gregory B. Paddison
                                                Gregory B. Paddison (P75963)
                                                Attorney for Defendant