UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

ALONZO BULLMAN, an individual,  
JOEL CASTRO, and individual, and  
NICOLE MOTYKA, an individual,  
    Plaintiffs,

Case No.: 2:16-cv-12581  
Hon. Arthur J. Tarnow

- vs -

CITY OF DETROIT, a Municipal Corporation,  
MATTHEW BRAY, an individual,  
IAN SEVERY, an individual,  
CHERYL MUHAMMAD, an individual,  
SAMUEL GALLOWAY, an individual,  
NICO HURD, an individual,  
JOHNNY FOX, an individual,  
ALANNA MITCHELL, an individual, and  
JOHN DOE, an individual,  
    Jointly and Severally,  
    Defendants.

_____/

## ORDER OF DISMISSAL AS TO COUNTS III & V OF PLAINTIFFS' AMENDED COMPLAINT

Based upon the parties' stipulation:

**IT IS HEREBY ORDERED** that Count III of Plaintiffs' Complaint against Defendant, CITY OF DETROIT, is hereby dismissed, with prejudice, without costs or attorney's fees to either party.

**IT IS FURTHER ORDERED** that Count V of Plaintiffs' Complaint against Defendant, CITY OF DETROIT, is hereby dismissed, with prejudice, without costs or attorney's fees to either party.

**IT IS FURTHER ORDERED** that Defendant, City of Detroit's, Renewed Motion to Dismiss in Lieu of an Answer (Doc. Entry #9) is hereby withdrawn.

**IT IS SO ORDERED**.

**THIS IS NOT A FINAL ORDER, NOR DOES IT CLOSE THE CASE.**

<u>s/**ARTHUR J. TARNOW**</u>
Hon. Arthur J. Tarnow

Dated: November 3, 2016