UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

ALONZO BULLMAN, an individual,
JOEL CASTRO, an individual, and
NICOLE MOTYKA, an individual,
    Plaintiffs,

Case No.: 2:16-cv-12581
Hon. Arthur J. Tarnow

- vs -

CITY OF DETROIT, a Municipal Corporation,
MATTHEW BRAY, an individual, IAN SEVERY, an individual,
CHERYL MUHAMMAD, an individual, SAMUEL GALLOWAY, an individual,
NICO HURD, an individual, JOHNNY FOX, an individual,
ALANNA MITCHELL, an individual, and JOHN DOE, an individual,
    Jointly and Severally,
      Defendants.

_____/

*EXCOLO LAW, PLLC*
Solomon M. Radner (P73653)
Attorney for Plaintiff
26700 Lahser Rd., Ste. 400
Southfield, MI 48033
(248) 291-9712
sradner@excololaw.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendant
Coleman A. Young Municipal Center
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

_____/

## INDEX OF EXHIBITS

Exhibit "A" -   Search Warrant and Affidavit

Exhibit "B" -   Affidavit regarding anonymous tips of narcotics activity

Exhibit "C" -   NICO HURD Deposition Transcript

Exhibit "D" -   ALANNA MITCHELL Preliminary Complaint Report

Exhibit "E" -   ALANNA MITCHELL Deposition Transcript

Exhibit "F" - JOHNNY FOX Preliminary Complaint Report

Exhibit "G" - NICO HURD Preliminary Complaint Report

Exhibit "H" - MATTHEW BRAY Preliminary Complaint Report

Exhibit "I" - IAN SEVERY Preliminary Complaint Report

Exhibit "J" - CHERYL MUHAMMAD Preliminary Complaint Report

Exhibit "K" - SAMUEL GALLOWAY Preliminary Complaint Report

Exhibit "L" - CHERYL MUHAMMAD Deposition Transcript

Exhibit "M" - JOEL CASTRO Deposition Transcript

Exhibit "N" - Beware of Dog Signs

Exhibit "O" - Half Door Photo

Exhibit "P" - 24 Hour Information Sheet

Exhibit "Q" - Surveillance Video

Exhibit "R" - Felony Information

Exhibit "S" - Transcript on Plaintiff's Motion to Dismiss Criminal Case

Exhibit "T" - MDOC Tracking Report of Joel Castro

Exhibit "U" - NICOLE MOTYKA Deposition Transcript

Exhibit "V" - CITY OF DETROIT Dog Policy

Exhibit "W" - *Preston v. City of St. Clair Shores, Michigan*, No. 14-CV-12751, 2015 WL 12516687 (ED Mich Dec 31, 2015)

Exhibit "X" - SAMUEL GALLOWAY Deposition Transcript (supplement)

Exhibit "Y" - MATTHEW BRAY Deposition Transcript (supplement)

2

Exhibit õZö -    I<small>AN</small> S<small>EVERY</small> Deposition Transcript (supplement)

                                    Respectfully Submitted,
                                    C<small>ITY OF</small> D<small>ETROIT</small> L<small>AW</small> D<small>EPARTMENT</small>

Dated: June 15, 2017        /s/  <u>Gregory B. Paddison</u>
                                    Gregory B. Paddison (P75963)
                                    Attorney for Defendants