**STATE OF MICHIGAN**

**36TH DISTRICT COURT DETROIT**
3rd Judicial Circuit

**INFORMATION FELONY**

2016701847
**CASE NO: 2016701847**

The People of the State of Michigan

vs

JOEL CASTRO 82-16701847-01

**Offense Information**
**Police Agency / Report No.**
82DPNA 1601270127
**Date of Offense**
01/27/2016 wd
**Place of Offense**
5437 & 5441 Springwells, DETROIT
**Complainant or Victim**
P.O. HURD, P.O. GALLOWAY
**Complaining Witness**
P.O. HURD, P.O. GALLOWAY

STATE OF MICHIGAN, COUNTY OF Wayne
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this county appears before the court and informs the court that on the date and at the location described above, the Defendant(s):

**COUNT 1:** CONTROLLED SUBSTANCE - DELIVERY/MANUFACTURE MARIJUANA
did possess with intent to deliver the controlled substance marijuana; contrary to MCL; 333.7401(2)(d)(iii). [333.74012D3]
FELONY: 4 Years and/or $20,000.00. Unless sentenced to more than 1 year in prison, the court shall impose license sanctions pursuant to MCL 333.7408a.

**COUNT 2:** CONTROLLED SUBSTANCE - DELIVERY/MANUFACTURE 5-45 KILOGRAMS OF MARIJUANA
did possess with the intent to deliver 20 marijuana plants or more, but less than 200 plants; contrary to MCL 333.7401(2)(d)(ii). [333.74012D11]
FELONY: 7 Years and/or $500,000.00. Unless sentenced to more than 1 year in prison, the court shall impose license sanctions pursuant to MCL 333.7408a.

**HABITUAL OFFENDER - SECOND OFFENSE NOTICE**
    Take notice that the defendant was previously convicted of a felony or an attempt to commit a felony in that on or about 11/03/15, he or she was convicted of the offense of unlawful use of an auto in violation of 750.414 in the Circuit Court, case #15-1682 for Wayne County, State of Michigan;
    Therefore, defendant is subject to the penalties provided by MCL 769.10. [769.10]
One and one-half times the maximum sentence on primary offense or a lesser term. The maximum penalty cannot be less than the maximum term for a first conviction.

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

and against the peace and dignity of the State of Michigan.

Kym Worthy
P38875
Prosecuting Attorney

01/28/2016
Date

By: _____
Bar Number