1              STATE OF MICHIGAN

2        IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

3                 CRIMINAL DIVISION

4

5    THE PEOPLE OF THE
     STATE OF MICHIGAN,

6
                    Plaintiff,      Case No. 16-2194
7
     vs.                            HON. CATHERINE L. HEISE
8
     JOEL CASTRO,
9
                    Defendant.
10   _____/

11                    MOTION

12   Before the HON. CATHERINE L. HEISE, Circuit Court Judge,

13   Detroit, Michigan - Monday, May 23, 2016.

14   APPEARANCES:

15   MARVIN COOKE, ESQ.(P55351)
         Appearing on behalf of the People
16

17   SOLOMON RADNER, ESQ.(P73653)
         Appearing on behalf of Defendant
18

19

20   Reported By:

21   KEVA M. JACKSON - OFFICIAL COURT REPORTER - CSR 5964

22

23

24

25

                        1

I N D E X

Page

Proceeding                                                          3

EXHIBITS:                                        OFFR'D      REC'D
NA

1                    **Monday, May 23, 2016**

2                    **Detroit, Michigan**

3                 **At or about 8:56 a.m.**

4             THE CLERK:  Calling case number 16-2194.

5             People of the State of Michigan versus Joel

6      Castro.

7             This matter is here before the Court today for

8      a motion hearing, please.

9             MR. COOKE:  Good morning, judge.

10            Marvin Cooke appearing on behalf of the

11     People.

12            MR. RADNER:  Good morning, your Honor.

13            Solomon Radner appearing on behalf of

14     Mr. Castro who is present and standing to go my left.

15            THE COURT:  Good morning, counselors, and good

16     morning, Mr. Radner.

17            THE DEFENDANT:  Good morning.

18            MR. RADNER:  Judge, I have three motions

19     pending in front of the Court; I have a Motion to Remand

20     since I was not permitted to call witnesses, I have a

21     Motion to Quash the bindover and to dismiss the case,

22     and I also have a Motion to quash the initial warrant.

23     I think the prosecutor's not going to oppose, correct me

24     if I'm wrong.  I don't think he's going to take a

25     position on my Motion to Dismiss because have I

                              3

1        documentation here I did not file with the Court, and

2        I'd much rather not file it with the Court, that allows

3        my client to have up to 36 plants.  He has two patients,

4        he has plant possession, and he also has plant

5        possession for himself as his own patient.  He was found

6        with 26 or 27 plants which is, obviously, well under the

7        36.  If the Court's going to grant that motion,

8        obviously, the other two are denied as moot.

9            THE COURT:  Mr. Cooke, does the extent of the

10       defendant's permission under the Medical Marijuana Act

11       encompass the particular facts of this case?

12           MR. COOKE:  It does, your Honor.  And I was

13       shown documentation this morning indicating that the

14       defendant is a registered caregiver for two patients and

15       based upon my understanding of the Michigan Medical

16       Marijuana Act he would have been entitled to at least

17       the possession of 36 plants.

18           THE COURT:  Yeah, I think up to 36.

19           MR. COOKE:  So the People take no position,

20       judge.  Leave it to the Court's discretion.

21           THE COURT:  Well, then I will grant the

22       motion.  The facts of this case fall within the scope of

23       your client's license so I'll go ahead and dismiss the

24       case.

25           MR. RADNER:  Can I ask that the order is clear

4

1          that the other two motions are not denied on the merits

2          but are denied as moot?

3                    THE COURT:  As moot.

4                    MR. RADNER:  Thank you.

5                    THE COURT:  Any objections, Mr. Cooke?

6                    MR. COOKE:  None, Judge.

7                    THE COURT:  All right.  So I'm going to grant

8          your Motion to Dismiss -- I'm going to grant your Motion

9          to Dismiss that's how you filed it.

10                   MR. RADNER:  Correct.

11                   THE COURT:  But the Motion for Remand and the

12         Motion to Quash the initial search warrant are not

13         decided because they're moot.

14                   MR. RADNER:  Thank you so much.

15                   THE COURT:  Thank you, Mr. Radner.  Thank you,

16         Mr. Castro.

17                   (Proceeding concluded at 9:00 a.m.)

18                                * * *

19

20

21

22

23

24

25

1                       C-E-R-T-I-F-I-C-A-T-E

2       STATE OF MICHIGAN  )

3                           )ss.

4       COUNTY OF WAYNE     )

5

6

7                       I, Keva Jackson, do hereby certify

8       that the foregoing pages, 1 through 6, inclusive, comprise a

9       true and correct transcription of the proceedings reported on

10      May 23, 2016, in the above-entitled matter,

11      Case No. 16-2194.

12

13

14

15

16

17

18                      _____

19                      KEVA M. JACKSON, CSR 5964
                        Official Court Reporter

20

21

22

23

24

25

1                          STATE OF MICHIGAN

2              IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

3                          CRIMINAL DIVISION

4

5        THE PEOPLE OF THE
         STATE OF MICHIGAN,
6
                          Plaintiff,        Case No. 16-2194
7
         vs.                                HON. CATHERINE L. HEISE
8
         JOEL CASTRO,
9
                          Defendant.
10       _____/

11                              MOTION

12       Before the HON. CATHERINE L. HEISE, Circuit Court Judge,

13       Detroit, Michigan - Monday, May 23, 2016.

14       APPEARANCES:

15       MARVIN COOKE, ESQ.(P55351)
              Appearing on behalf of the People
16

17       SOLOMON RADNER, ESQ.(P73653)
              Appearing on behalf of Defendant
18

19

20       Reported By:

21       KEVA M. JACKSON - OFFICIAL COURT REPORTER - CSR 5964

22

23

24

25

                                    1

1                                    I N D E X

2                                                      Page
         Proceeding                                     3
3

4

5

6

7

8

9

10

11       EXHIBITS:                        OFFR'D        REC'D
         NA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **Monday, May 23, 2016**

2          **Detroit, Michigan**

3          **At or about 8:56 a.m.**

4          THE CLERK:  Calling case number 16-2194.

5          People of the State of Michigan versus Joel

6     Castro.

7          This matter is here before the Court today for

8     a motion hearing, please.

9          MR. COOKE:  Good morning, judge.

10         Marvin Cooke appearing on behalf of the

11    People.

12         MR. RADNER:  Good morning, your Honor.

13         Solomon Radner appearing on behalf of

14    Mr. Castro who is present and standing to go my left.

15         THE COURT:  Good morning, counselors, and good

16    morning, Mr. Radner.

17         THE DEFENDANT:  Good morning.

18         MR. RADNER:  Judge, I have three motions

19    pending in front of the Court; I have a Motion to Remand

20    since I was not permitted to call witnesses, I have a

21    Motion to Quash the bindover and to dismiss the case,

22    and I also have a Motion to quash the initial warrant.

23    I think the prosecutor's not going to oppose, correct me

24    if I'm wrong.  I don't think he's going to take a

25    position on my Motion to Dismiss because have I

                                  3

1       documentation here I did not file with the Court, and

2       I'd much rather not file it with the Court, that allows

3       my client to have up to 36 plants.  He has two patients,

4       he has plant possession, and he also has plant

5       possession for himself as his own patient.  He was found

6       with 26 or 27 plants which is, obviously, well under the

7       36.  If the Court's going to grant that motion,

8       obviously, the other two are denied as moot.

9                THE COURT:  Mr. Cooke, does the extent of the

10      defendant's permission under the Medical Marijuana Act

11      encompass the particular facts of this case?

12               MR. COOKE:  It does it, your Honor.  And I was

13      shown documentation this morning indicating that the

14      defendant is a registered caregiver for two patients and

15      based upon my understanding of the Michigan Medical

16      Marijuana Act he would have been entitled to at least

17      the possession of 36 plants.

18               THE COURT:  Yeah, I think up to 36.

19               MR. COOKE:  So the People take no position,

20      judge.  Leave it to the Court's discretion.

21               THE COURT:  Well, then I will grant the

22      motion.  The facts of this case fall within the scope of

23      your client's license so I'll go ahead and dismiss the

24      case.

25               MR. RADNER:  Can I ask that the order is clear

                                    4

1          that the other two motions are not denied on the merits

2          but are denied as moot?

3                    THE COURT:  As moot.

4                    MR. RADNER:  Thank you.

5                    THE COURT:  Any objections, Mr. Cooke?

6                    MR. COOKE:  None, Judge.

7                    THE COURT:  All right.  So I'm going to grant

8          your Motion to Dismiss -- I'm going to grant your Motion

9          to Dismiss that's how you filed it.

10                   MR. RADNER:  Correct.

11                   THE COURT:  But the Motion for Remand and the

12         Motion to Quash the initial search warrant are not

13         decided because they're moot.

14                   MR. RADNER:  Thank you so much.

15                   THE COURT:  Thank you, Mr. Radner.  Thank you,

16         Mr. Castro.

17                   (Proceeding concluded at 9:00 a.m.)

18                              * * *

19

20

21

22

23

24

25

```
 1                        C-E-R-T-I-F-I-C-A-T-E

 2      STATE OF MICHIGAN   )

 3                          )ss.

 4      COUNTY OF WAYNE     )

 5

 6

 7                       I, Keva Jackson, do hereby certify

 8      that the foregoing pages, 1 through 6, inclusive, comprise a

 9      true and correct transcription of the proceedings reported on

10      May 23, 2016, in the above-entitled matter,

11      Case No. 16-2194.

12

13

14

15

16

17

18                        _____

19                        KEVA M. JACKSON, CSR 5964
                          Official Court Reporter
20

21

22

23

24

25
```