# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 17, 2018

Ms. Linda Denise Fegins
City Of Detroit Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226

Mr. Solomon M. Radner
Excolo Law
26700 Lahser Road
Suite 401
Southfield, MI 48033

Re: Case No. 18-1278, *Alonzo Bullman, et al v. City of Detroit, MI, et al*
Originating Case No. : 2:16-cv-12581

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

cc: Mr. David J. Weaver

Enclosure

Case No. 18-1278

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ALONZO BULLMAN; JOEL CASTRO; NICOLE MOTYKA

    Plaintiffs - Appellees

v.

CITY OF DETROIT, MI; MATTHEW BRAY; JOHN DOE; IAN SERVEY; CHERYL MUHAMMAD; SAMUEL GALLOWAY; NICO HURD; JOHNNY FOX; ALANNA MITCHELL

    Defendants - Appellants

  Upon consideration of the appellant's motion to dismiss the City of Detroit, John Doe, Ian Servey, Cheryl Muhammad, Samuel Galloway, Johnny Fox and Alanna Mitchell,

  It is **ORDERED** that the motion be, and it hereby is **GRANTED**.

        **ENTERED PURSUANT TO RULE 45(a),**
        **RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: April 17, 2018