UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

ALONZO BULLMAN, *ET AL*,
    Plaintiffs,

Case No.: 2:16-cv-12581
Hon. Arthur J. Tarnow

- vs -

CITY OF DETROIT, *ET AL*,
    Defendants.

_____/

| | |
|---|---|
| *EXCOLO LAW, PLLC*<br>Solomon M. Radner (P73653)<br>Attorney for Plaintiffs<br>26700 Lahser Rd., Ste. 400<br>Southfield, MI 48033<br>(248) 291-9712<br>sradner@excololaw.com | CITY OF DETROIT LAW DEPARTMENT<br>Gregory B. Paddison (P75963)<br>Attorney for Defendants<br>Coleman A. Young Municipal Center<br>2 Woodward Ave., Ste. 500<br>Detroit, MI 48226<br>(313) 237-0435<br>paddisong@detroitmi.gov |

_____/

**STIPULATED ORDER STAYING PROCEEDINGS PENDING APPEAL**

At a session of said Court, held in the City of Detroit,
County of Wayne, and State of Michigan, on:
_____, 2018.

Present: Hon. Arthur J. Tarnow
United States District Court Judge

**WHEREAS** on June 06, 2017, Defendants filed a Motion for Summary Judgment (Doc. Nos.: 54-55), which Motion was based in part upon Governmental and Qualified Immunity;

**WHEREAS,** following oral argument, this Honorable Court granted in part, and denied in part, Defendants' Motion for Summary Judgment by Order entered February 28, 2018;

1

**WHEREAS,** on March 12, 2018, Defendants filed their Notice of Appeal to the United States Sixth Circuit Court of Appeals;

**WHEREAS,** the best interests of justice and judicial economy are served by staying the above-captioned matter pending a determination of Defendants' Appeal by the United States Sixth Circuit Court of Appeals.

**WHEREFORE,** based upon the parties' stipulation:

**IT IS HEREBY ORDERED** that this matter be stayed pending determination and resolution of Defendants' Appeal to the United States Sixth Circuit Court of Appeals.

**IT IS SO ORDERED**.

**THIS IS NOT A FINAL ORDER, NOR DOES IT CLOSE THE CASE**.

                                                                s/Arthur J. Tarnow
                                                                Hon. Arthur J. Tarnow

Dated: May 25, 2018

I stipulate to entry of the above Order.

| /s/ | Solomon M. Radner | /s/ | Gregory B. Paddison |
|---|---|---|---|
| | Solomon M. Radner (P73653) | | Gregory B. Paddison (P75963) |
| | Attorney for Plaintiffs | | Attorney for Defendants |