## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

ALONZO BULLMAN, JOEL CASTRO, and
NICOLE MOTYKA,
    Plaintiffs,

Case No.: 2:16-cv-12581
Hon. Arthur J. Tarnow

- vs -

MATTHEW BRAY and NICO HURD,
    Defendants.

_____/

| JOHNSON LAW, PLC | CITY OF DETROIT LAW DEPARTMENT |
|---|---|
| Solomon M. Radner (P73653) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendants |
| 535 Griswold, Ste. 260 | Coleman A. Young Municipal Center |
| Detroit MI 48226 | 2 Woodward Ave., Ste. 500 |
| (248) 291-9712 | Detroit, MI 48226 |
| sradner@venjohnsonlaw.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

_____/

## ORDER TO DISMISS CAUSE

This matter coming before the Court upon stipulation of the undersigned counsel for entry of an order dismissing this action, the Court being advised in the premises,

**IT IS HEREBY ORDERED:**

1. This action is dismissed with prejudice and without costs and without attorney fees to any party.

2. This order resolves the last pending claims and closes the case.

DATE: July 12, 2021

s/Arthur J. Tarnow
ARTHUR J. TARNOW
Senior U.S. District Judge

The undersigned stipulate to entry of the above order:

| | |
|---|---|
| /s/    Solomon M. Radner<br>*JOHNSON LAW, PLC*<br>Solomon M. Radner (P73653)<br>Attorney for Plaintiffs<br>535 Griswold, Ste. 260<br>Detroit MI 48226<br>(248) 291-9712<br>sradner@venjohnsonlaw.com | /s/    Gregory B. Paddison<br>CITY OF DETROIT LAW DEPARTMENT<br>Gregory B. Paddison (P75963)<br>Attorney for Defendants<br>Coleman A. Young Municipal Center<br>2 Woodward Ave., Ste. 500<br>Detroit, MI 48226<br>(313) 237-0435<br>paddisong@detroitmi.gov |